James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
2222 M Street, Room 309
Merced, CA 95340
Tel:  (209) 385-7564
Fax: (209) 726-1337

Attorney for County of Merced

United States District Court

Eastern District of California

| Rosa Patricia Ramirez, | Case No. 1:11-cv-00531 AWI DLB |
|---|---|
| Plaintiff, | |
| vs. | **Order Rescheduling the Scheduling Conference** |
| Merced County, | |
| Defendant. | |

Good cause having been shown, it is hereby ordered that the scheduling conference scheduled for July 14, 2011, at 9:00 a.m. in Courtroom 9 be continued to August 23, 2011, at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:  **July 8, 2011**          /s/ Dennis L. Beck
                              UNITED STATES MAGISTRATE JUDGE