James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
James E. Stone, SBN 197803
Deputy County Counsel
2222 "M" Street, Room 309
Merced, California  95340
Tel - (209) 385-7564
Fax- (209) 726-1337

Attorneys for Merced County

United States District Court

Eastern District of California

| Rosa Patricia Ramirez, | Case No.  1:11-cv-00531 AWI DLB |
|---|---|
| Plaintiff, | Notice of Motion and Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37(d) for Failure to Serve Answers to Interrogatories [L.R. 251(e); Fed. R. Civ. P. 37(d)] |
| vs. | |
| Merced County, | |
| Defendant. | Date: November 9, 2012<br>Time: 9:00 a.m.<br>Courtroom: 9 |

To Plaintiff, Rosa Patricia Ramirez, and her attorney of record:

Please take notice that on November 9, 2012, at 9:00 a.m., in Courtroom 9 of the above entitled Court, defendant, Merced County, will move for an order for sanctions against plaintiff, Rosa Patricia Ramirez, in accordance with Federal Rule of Civil Procedure 37(d) for failure to provide interrogatory responses.  Defendant requests that plaintiff be prohibited from calling any witnesses regarding the issues addressed in the interrogatories i.e., witnesses to incidents of refusal to reasonably accommodate, witnesses that plaintiff could perform the essential functions of her job, and witnesses regarding plaintiff's mental anguish and pain and suffering as a result of defendant's

Merced Co. Counsel
2222 M Street
Merced, CA 95340

1

Notice of Motion and Motion for Sanctions for Failure to Serve Answers to Interrogatories
Case No. 1:11-cv-00531 AWI DLB

actions.

     This motion is based on this notice of motion, the attached memorandum of points and authorities, the declaration of Roger S. Matzkind served and filed herewith, on such matters of which the court may take judicial notice, and any other further evidence and argument as may be presented.

Dated:  October 22, 2012         James N. Fincher
                                               Merced County Counsel

                                     By:  /s/ James E. Stone
                                           James E. Stone
                                           Deputy County Counsel
                                           Attorneys for Merced County

Merced Co. Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

2

Notice of Motion and Motion for Sanctions for Failure to Serve Answers to Interrogatories
Case No. 1:11-cv-00531 AWI DLB