IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA PATRICIA RAMIREZ,               )<br>                                                          )<br>            Plaintiff,                        )<br>       v.                                          )<br>                                                          )<br>MERCED COUNTY,                      )<br>                                                          )<br>            Defendant.                     )<br>_____) | 1:11-CV- 531 AWI DLB<br><br>ORDER VACATING<br>DECEMBER 10, 2012<br>HEARING |

    Defendants have noticed for hearing and decision a motion for summary judgment.  The matter is scheduled for hearing to be held on December 10, 2012.  Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than November 26, 2012.  Plaintiff failed to do so.  Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules and is not entitled to be heard at oral argument in opposition to the motion.  See Local Rule 78-230(c).  The Court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See Local Rule 7230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 10, 2012, is VACATED, and no party shall appear at that time.  As of December 10, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     December 3, 2012

                                                  UNITED STATES DISTRICT JUDGE