# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA PATRICIA RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MERCED COUNTY,<br><br>　　　　　Defendant. | ) Case No.: 1:11cv0531 AWI DLB<br>)<br>) ORDER RE: ATTORNEY'S FEES<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　On November 14, 2012, the court granted defendant's motion for sanctions based on plaintiff's failure to serve answers to interrogatories. The court also required plaintiff and her counsel to pay the reasonable expenses, including attorney's fees, caused by that failure. Doc. 29. To that end, the court instructed defendant to file a declaration detailing the expenses incurred. Defendant has provided the required information, which totals 13 hours for Mr. James Stone in researching, drafting and revising the motion for sanctions. Doc. 30.

　　　　Plaintiff has not objected, and the court finds that the hours spent were reasonable. The court also finds that the hourly rate of $250.00 for Mr. Stone is a reasonable rate in the Eastern District of California. *See, e.g., Crane-McNab v. County of Merced*, 773 F.Supp.2d 861 (E.D. Cal. 2011) (court used hourly rate of $250.00 for Mr. Stone). Accordingly, Plaintiff and her

counsel are ordered to pay defendant $3,250.00 in expenses, including attorney's fees, within thirty (30) days of the date of this order.

IT IS SO ORDERED.

Dated: __**December 5, 2012**__                    /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE