# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                          **JUDGMENT IN A CIVIL CASE**

**ROSA PATRICIA RAMIREZ,**

                                          CASE NO: **1:11–CV–00531–AWI–DLB**

        v.

**MERCED COUNTY,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/11/2012**

                                                **Victoria C. Minor**
                                                Clerk of Court

    ENTERED: **December 11, 2012**

                                      by: /s/ A. Jessen
                                                Deputy Clerk