IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA PATRICIA RAMIREZ,      ) | 1:11-CV- 531 AWI DLB |
| )  Plaintiff,                ) | |
| v.                           ) | ORDER VACATING |
| )                            | JANUARY 28, 2013 HEARING |
| MERCED COUNTY,               ) | |
| )                            | |
| Defendant.                   ) | |

    Defendants have noticed for hearing and decision a motion for attorney's fees. The matter is scheduled for hearing to be held on January 28, 2013. The Court has reviewed the parties' filings on the motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 7230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 28, 2013, is VACATED, and no party shall appear at that time. As of January 28, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  January 24, 2013

                                                SENIOR DISTRICT JUDGE