# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA PATRICIA RAMIREZ, | CASE NO. 1:11-CV-531 AWI DLB |
| Plaintiff | |
| v. | ORDER VACATING HEARING |
| MERCED COUNTY, | |
| Defendant | |

Defendant has filed a motion for correction and entry of supplemental judgment. This motion is set for hearing on October 28, 2013. Plaintiff failed to file either an opposition or a notice of non-opposition 14 days before the hearing date. See Local Rule 230(c). As such, Plaintiff is in violation of the Local Rules and is not entitled to be heard at oral argument in opposition to the motion. See Local Rule 230(c). The Court has reviewed Defendant's motion and the applicable law and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 28, 2013 is VACATED, and no party shall appear at that time. As of October 28, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 25, 2013                                    _____
                                                             SENIOR DISTRICT JUDGE