ISSUED

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:
James N. Fincher, County Counsel, SBN 196837
Roger S. Matzkind, Chief Civil Litigator, SBN 77331
Merced County Counsel
2222 M Street, Rm. 309
Merced, CA 95340
209-385-7564

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 2500 Tulare Street
MAILING ADDRESS: 2500 Tulare Street
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: United States District Court for the Eastern District of California, Fresno Division

FOR RECORDER'S USE ONLY

PLAINTIFF: Rosa Patricia Ramirez
DEFENDANT: Merced County

CASE NUMBER: 1:11-cv-531 AWI DLB

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor  [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      Rosa Patricia Ramirez
      2137 Miles Ct.
      Dos Palos, CA  93620
      ```
   b. Driver's license no. [last 4 digits] and state:                     [X] Unknown
   c. Social security no. [last 4 digits]: 0648                           [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Merced County
   2222 M Street, Merced, CA 95340
   Date: February 27, 2014
   Roger S. Matzkind
   *(TYPE OR PRINT NAME)*

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ *(SIGNATURE OF APPLICANT OR ATTORNEY)*

6. Total amount of judgment as entered or last renewed:
   $ 20,062.50 as to both debtors plus $6,286.91 as to Rosa Patricia Ramirez, only
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 12/11/2012
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [X] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date)*: MAR 1 3 2014

Clerk, by _____, Deputy
Marianne Matherly, Clerk

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: | Rosa Patricia Ramirez | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | Merced County | 1:11-cv-531 AWI DLB |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

David Romley
10629 Franlie Drive
Shadow Hills, CA 91040

Driver's license no. [last 4 digits]
and state:    x Unknown
Social security no. [last 4 digits]:    x Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits]
and state:    Unknown
Social security no. [last 4 digits]:    Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits]
and state:    Unknown
Social security no. [last 4 digits]:    Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits]
and state:    Unknown
Social security no. [last 4 digits]:    Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.