# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA PATRICIA RAMIREZ,<br><br>   Plaintiff,<br><br>  v.<br><br>MERCED COUNTY,<br><br>   Defendant. | Case No. 1:11-cv-00531-AWI-SAB<br><br>ORDER GRANTING REQUEST FOR CONTINUANCE OF EXAMINATION OF JUDGMENT DEBTOR<br><br>(ECF No. 54) |

Currently, there is an examination of judgment debtor Rosa Patricia Ramirez set for July 30, 2014 at 10:00 a.m. in Courtroom 9. On July 25, 2014, Defendant Merced County filed a request for a continuance as they have been unable to locate and serve the debtor. The Court finds good cause to grant Defendant's request.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff/judgment debtor Rosa Patricia Ramirez shall appear personally on Wednesday, October 1, 2014, at 10:00 a.m. in Courtroom 9 of the United States District Courthouse, located at 2500 Tulare Street, Fresno, California, 93721, to furnish information to aid in enforcement of a money judgment by answering questions about the Plaintiff/judgment debtor's real and personal property; and

2. Defendant/judgment creditor must serve this order and the June 20, 2014 order upon Plaintiff/judgment debtor Rosa Patricia Ramirez personally not less than ten

(10) days before the date set for the examination and must file a certificate of such service with the Court.

**NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

IT IS SO ORDERED.

Dated:   **July 28, 2014**

UNITED STATES MAGISTRATE JUDGE