James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
James E. Stone, SBN 197803
Deputy County Counsel
2222 "M" Street, Room 309
Merced, California 95340
Tel - (209) 385-7564
Fax- (209) 726-1337

Attorneys for County of Merced

United States District Court

Eastern District of California

| | |
|---|---|
| Rosa Patricia Ramirez,<br><br>        Plaintiff,<br><br>vs.<br><br>Merced County,<br><br>        Defendant. | Case No.: 1:11-cv-00531 AWI SAB<br><br>Notice of Motion and Motion to Amend Judgment<br><br><br>Date: July 26, 2017<br>Time: 10:00 a.m.<br>Courtroom: 9 |

To Plaintiff, Rosa Patricia Ramirez, and her attorney of record:

Please take notice that on July 26, 2017, at 10:00 a.m., in Courtroom 9 of the United States District Court, Eastern District of California, located at 2500 Tulare Street, Fresno, CA 93721, defendant, Merced County, will move for an order amending judgment to reflect the judgment debtor's current name.

Said motion will be based on the grounds that Rosa Patricia Ramirez has married and now goes by the name of Rosa Patricia Irwin.

This motion is based on this notice of motion, the attached memorandum of points and authorities, the declaration of James E. Stone served and filed herewith, on such matters of which the court may take judicial notice, and any other further evidence and argument as may be presented.

Dated: June 22, 2017

James N. Fincher
Merced County Counsel

By: /s/ James E. Stone
James E. Stone
Deputy County Counsel
Attorneys for Merced County

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564