James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
James E. Stone, SBN 197803
Deputy County Counsel
2222 "M" Street, Room 309
Merced, California  95340
Tel - (209) 385-7564
Fax- (209) 726-1337

Attorneys for County of Merced

United States District Court

Eastern District of California

| | |
|---|---|
| Rosa Patricia Ramirez,<br><br>         Plaintiff,<br><br>vs.<br><br>Merced County,<br><br>         Defendant. | Case No.: 1:11-cv-00531 AWI SAB<br><br>Memorandum of Points and Authorities in Support of Motion to Amend Judgment<br><br>Date: July 26, 2017<br>Time: 10:00 a.m.<br>Courtroom: 9 |

County of Merced respectfully submits the following memorandum of points and authorities in support of its motion to amend the judgment.

## I.

## Introduction

This was an Americans with Disabilities Act (ADA) failure to accommodate case. On December 11, 2012, the court granted the County of Merced's motion for summary judgment (Doc. 33), and entered judgment. (Doc. 34.) On September 5, 2013, the court granted the County of Merced's motion for attorney's fees and costs. (Doc. 43.) Upon a motion for correction (Doc. 45), the court ordered: "The Clerk shall enter a supplemental judgment

1  to reflect that Plaintiff Rosa Ramirez and her attorney David Romley are
2  jointly and severally liable for $20,062.50, which is the total of the December 5,
3  2012 and the September 5, 2013 awards for sanctions and fees." (Doc. 47,
4  3:19-21.)  The supplemental judgment (Doc. 48) was filed on December 23,
5  2013.  For the court's convenience, a copy of the supplemental judgment is
6  attached hereto as Exhibit A.
7       By this motion, County of Merced seeks to amend the judgment against
8  Rosa Patricia Ramirez to properly reflect her married name of Rosa Patricia
9  Irwin.

## II.

### This Court Has Authority to Amend the Judgment

Federal courts in California rely on California state law to amend judgments.  "We have held that Federal Rule of Civil Procedure 69(a) empowers federal courts to rely on state law to add judgment-debtors under Rule 69(a), which 'permits judgment creditors to use any execution method consistent with the practice and procedure of the state in which the district court sits.'" (*In re Levander*, 180 F.3d 1114, 1120–21 (9th Cir. 1999) [quoting *Cigna Property & Cas. Ins. Co. v. Polaris Pictures Corp.,* 159 F.3d 412, 421 (9th Cir.1998)].)

## III.

### The Court Should Amend the Judgment to Reflect/Add the Judgment Debtor's Current Name of Rosa Patricia Irwin

"Sometimes, a judgment debtor changes his or her name after a judgment is entered (e.g., by legal proceedings or merger, or simply by getting married).  When this happens, it may be necessary to amend the judgment to reflect the judgment debtor's current name."  (2 Judge Alan M. Ahart (Ret.), California Practice Guide: Enforcing Judgments and Debts ¶ 6:1563-6:1563.2 (2017).)  For the Court's convenience, a copy of Chapter 6G-14 of California

Practice Guide (Enforcement of Judgments & Debts) is attached hereto as Exhibit B.

Amending a judgment to reflect the judgment debtor's true name is "an equitable procedure based on the theory that the court is not amending the judgment to add a new defendant but is merely inserting the correct name of the real defendant." (*NEC Elecs. Inc. v. Hurt*, 208 Cal. App. 3d 772, 778 (1989) [citations omitted].)

On June 20, 2014, the court ordered Plaintiff Rosa Patricia Ramirez to appear on July 30, 2014, for an examination of judgment debtor. (Doc. 53.) On July 28, 2014, the court granted a request for a continuation of examination of judgment debtor to October 1, 2014. (Doc. 55.)

On October 1, 2014, Plaintiff Rosa Patricia Ramirez appeared for the examination of judgment debtor. At the examination, she stated under oath that she had married Martin Irwin on July 13, 2013, and changed her name to Rosa Patricia Irwin. (Exhibit C, Stone Dec.)

California Code of Civil Procedure section 187 provides:

> When jurisdiction is, by the Constitution or this Code, or by any other statute, conferred on a Court or judicial officer, all the means necessary to carry it into effect are also given; and in the exercise of this jurisdiction, if the course of proceeding be not specifically pointed out by this Code or the statute, any suitable process or mode of proceeding may be adopted which may appear most conformable to the spirit of this code.

"In the interests of justice, the greatest liberality is to be encouraged in the allowance of amendments brought pursuant to Code of Civil Procedure section 187." (*Wells Fargo Bank, N.A. v. Weinberg*, 227 Cal.App.4th 1, 7 (2014) [citations and internal quotation marks omitted].) "Code of Civil Procedure section 187 contemplates a noticed motion. The trial court is not

required to hold an evidentiary hearing.  Evidence in the form of declarations or deposition testimony is sufficient." (*Id.* at 9.)  No statute of limitation applies.  "Code of Civil Procedure section 187 may be used, 'at any time so that the judgment will properly designate the real defendants.' " (*Id.* at 7 [quoting *Greenspan v. LADT, LLC*, 191 Cal.App.4th 486, 508 (2010)].)

## IV.
## Conclusion

As Plaintiff Rosa Patricia Ramirez has married and changed her name, the County of Merced requests the court to amend the judgment in this case to reflect the judgment debtor's current name of Rosa Patricia Irwin.

Dated:  June 22, 2017             James N. Fincher
                                  Merced County Counsel


                         By:  /s/ James E. Stone
                                  James E. Stone
                                  Deputy County Counsel
                                  Attorneys for Merced County