# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROSA PATRICIA RAMIREZ,

SUPPLEMENTAL
JUDGMENT IN A CIVIL CASE

V.

CASE NO: 1:11-CV-00531-AWI-DLB

MERCED COUNTY,

XX — **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT IN ACCORDANCE WITH THE COURT'S ORDER OF NOVEMBER 8, 2013, JUDGMENT ENTERED ON DECEMBER 11, 2012, WILL BE SUPPLEMENTED TO REFLECT THAT PLAINTIFF ROSA RAMIREZ AND HER ATTORNEY DAVID ROMLEY ARE JOINTLY AND SEVERALLY LIABLE FOR AND SHALL PAY TO MERCED COUNTY $20,062.50, WHICH IS THE TOTAL OF THE DECEMBER 5, 2012, AND THE SEPTEMBER 5, 2013, AWARDS FOR SANCTIONS AND FEES AND PLAINTIFF ROSA PATRICIA RAMIREZ IS PERSONALLY LIABLE FOR AND SHALL PAY MERCED COUNTY $6,286.91 IN COSTS PURSUANT TO DOCUMENT 44 DATED SEPTEMBER 6, 2013.

IT IS SO ORDERED.

Dated: December 20, 2013

SENIOR DISTRICT JUDGE