# Exhibit B

Preliminary Materials, Cal. Prac. Guide Enf. J. & Debt Preliminary Materials

Case 1:11-cv-00531-AWI-SAB Document 59-3 Filed 06/22/17 Page 2 of 4

**Cal. Prac. Guide Enf. J. & Debt Preliminary Materials**

California Practice Guide: Enforcing Judgments and Debts    May 2017 update
Judge Alan M. Ahart (Ret.)

Preliminary Materials

**Rutter Group Attorney Editors**

**FOUNDERS**
William A. Rutter

Linda Diamond Raznick

Kathleen K. Andrews

Kathleen J. Atwater

Amy M. Hinkley

Christina J. Imre

Erin L. Miller

Susan M. Popik

Lorie Dewhirst Porter

Lisa K. Rozzano

Michael L. Woods

**Dedication**
FROM THE RUTTER GROUP FAMILY

DEDICATED TO AND IN MEMORY OF OUR FOUNDER

WILLIAM A. RUTTER

(OCTOBER 21, 1928 - FEBRUARY 2, 2012)

**PREFACE**
This Practice Guide is written for and dedicated to attorneys, paralegals, collection agency licensees and others who handle both routine and complex California debt collection and judgment enforcement matters.

Preliminary Materials, Cal. Prac. Guide Enf. J. & Debt Preliminary Materials

Case 1:11-cv-00531-AWI-SAB Document 59-3 Filed 06/22/17 Page 3 of 4

Creditors' remedies have evolved dramatically since the days when debtors were summarily imprisoned or exiled. Debt collection and judgment enforcement now require thorough knowledge of a broad area of procedural and substantive law, notably including civil procedure, attachment law, the Enforcement of Judgments Law, the Bankruptcy Code, and state and federal consumer protection laws. In addition, efficient collection practice requires practical know-how and common sense.

This Practice Guide covers the essential substantive and procedural law and offers indispensable practical knowledge. The text explains the applicable statutes and cases to provide overall direction. Then, "Practice Pointers," comments and relevant forms are provided to illustrate the most efficient enforcement and collection approaches.

Of course, no book is a substitute for thorough research and analysis in a particular case. However, the information contained in this Practice Guide will position you to successfully collect debts and enforce judgments in California.

**JUDGE ALAN M. AHART (Ret.)**
**U.S. Bankruptcy Court**
**Central Dist., Calif.**

**ACKNOWLEDGMENTS**
This Practice Guide is dedicated to Attorney Rick Schwartz in memoriam. The book is in large measure a reflection of Rick's many invaluable contributions as an original author. We shall miss him.

Judge Ahart also wishes gratefully to acknowledge the significant contributions of colleagues who reviewed various portions of this Practice Guide as it was being written and revised: Richard Best, Kent M. Bridwell, Bruce Mitchell, Scott O. Smith and Robert Zakon, who reviewed the attachment law materials; Joseph S. Melchione, who provided input on consumer collection matters; Barney Shapiro, who reviewed the receivership materials; and Judge William Canby, who reviewed the material on enforcing judgments involving Indian tribes. Thanks also to Jay D. Adkisson, Glen Dresser, John A. Lapinski, Alexander Levy and Peter Csato, who provided practical suggestions; to Jeffrey A. Paris, who provided valuable "skip-tracing" information and forms; to Captain Larry D. Smith of the Riverside County Sheriff's Department, who furnished several forms; and to Peter A. Davison, Leslie Horowitz, Chad Geving and Randolph Houts.

Judge Ahart also thanks the California judges, commissioners and lawyers who have participated in The Rutter Group's Attachment, Enforcement of Judgments and Debt Collection programs. Their comments have prompted many of the text's practice pointers.

© 2017 by The Rutter Group, a Thomson Reuters Business. No Claim to Orig. U.S. Govt. Works.

**End of Document** © 2017 Thomson Reuters. No claim to original U.S. Government Works.

14. Amending Judgment to Change Name of Judgment Debtor, Cal. Prac. Guide Enf. J....

Case 1:11-cv-00531-AWI-SAB   Document 58-3   Filed 06/22/17   Page 4 of 4

**Cal. Prac. Guide Enf. J. & Debt Ch. 6G-14**

California Practice Guide: Enforcing Judgments and Debts    May 2017 update
Judge Alan M. Ahart (Ret.)

Chapter 6. Enforcement of Judgments
Chapter 6G. Special Enforcement Procedures

## 14. Amending Judgment to Change Name of Judgment Debtor

—

 a. [6:1563] When amendment necessary
 b. [6:1563.1] Court's authority to amend judgment
 c. [6:1563.2] Procedure

**a. [6:1563] When amendment necessary:** Sometimes, a judgment debtor changes his or her name after a judgment is entered (e.g., by legal proceedings or merger, or simply by getting married). When this happens, it may be necessary to amend the judgment to reflect the judgment debtor's current name.

**b. [6:1563.1] Court's authority to amend judgment:** A California court may use "all the means necessary" to carry its jurisdiction into effect. [CCP § 187; *see ¶ 6:1*]

**c. [6:1563.2] Procedure:** The creditor should file a motion to amend the judgment which, depending on local practice, may be made ex parte. The motion should be supported by a declaration or other evidence showing that the judgment debtor is using a new name (e.g., certified copy of order changing judgment debtor's name, merger document or marriage certificate). [Compare *Manson, Iver & York v. Black* (2009) 176 CA4th 36, 47, 97 CR3d 522, 530-531—judgment amended six years after entry to change judgment debtor's first name from "Pamela" to "Paula" was void on its face where amendment was made without notice to new judgment debtor or opportunity for her to present evidence or argument and failed to present any evidence showing that "Pamela" and "Paula" were same person]

© 2017 by The Rutter Group, a Thomson Reuters Business. No Claim to Orig. U.S. Govt. Works.

End of Document    © 2017 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW