# Exhibit C

1  James N. Fincher, SBN 196837
   Merced County Counsel
2  Roger S. Matzkind, SBN 77331
   Chief Civil Litigator
3  James E. Stone, SBN 197803
   Deputy County Counsel
4  2222 "M" Street, Room 309
   Merced, California  95340
5  Tel - (209) 385-7564
   Fax- (209) 726-1337
6

7  Attorneys for County of Merced

8  United States District Court

9  Eastern District of California

10

11  Rosa Patricia Ramirez,                    Case No.: 1:11-cv-00531 AWI DLB

12                                            Declaration of James E. Stone in
                Plaintiff,                    Support of Motion to Amend
13                                            Judgment

14  vs.

15  Merced County,

16
                Defendant.
17

18       I, James E. Stone, declare:

19       1.      I am an attorney at law duly licensed to practice before the

20  United States District Court, Eastern District of California and am a Deputy

21  County Counsel for the County of Merced and attorneys for the defendant

22  herein.

23       2.      Unless otherwise stated, all matters stated herein are based upon

24  my personal knowledge, and if called upon, I could and would testify

25  competently as to their veracity.  Those matters stated to be based upon my

26  information and beliefs are believed by me to be true.

27       3.      On October 1, 2014, Plaintiff Rosa Patricia Ramirez appeared for

28  an examination of judgment debtor.

4. At the examination, she was sworn in, and stated under oath that she had married Martin Irwin, and that she had changed her name to Rosa Patricia Irwin.

5. For the Court's convenience, a copy of Chapter 6G-14 of California Practice Guide (Enforcement of Judgments & Debts) is attached to the Memorandum of Points and Authorities in support of Motion to Amend Judgment as Exhibit B.

5. As Rosa Patricia Ramirez has married and changed her name, the County of Merced requests the court to amend the judgment in this case to reflect the judgment debtor's current name of Rosa Patricia Irwin.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed at Merced, California, on June 22, 2017.

                                        /s/ James E. Stone
                                          James E. Stone