**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA PATRICIA RAMIREZ, | Case No. 1:11 -cv-00531-AWI-SAB |
| Plaintiff, | ORDER CONTINUING HEARING ON MOTION TO AMEND JUDGMENT TO |
| v. | SEPTEMBER 6, 2017, AND REQUIRING DEFENDANT TO SERVE COPY OF |
| MERCED COUNTY, | MOTION ON PLAINTIFF ROSA RAMIREZ |
| Defendant. | |

On December 23, 2013, a supplemental judgment was entered in this action against Rosa Ramirez and her attorney David Romley jointly and severally. (ECF No. 48.) On October 1, 2014, Rosa Ramirez appeared for an examination of the judgment debtor. (ECF No. 57.) On June 22, 2017, Defendant filed a motion to amend the judgment. (ECF No. 58.)

Defendant seeks to amend the judgment because during the October 1, 2014 examination, Rosa Ramirez stated that she had married and is now using the name Rosa Patricia Irwin. The motion is currently set for hearing on July 26, 2017. Upon review of the motion to amend the judgment, the Court notes that it was not served on Rosa Ramirez. At the time that this action was proceeding, Rosa Ramirez was represented by David Romley who is still counsel on the docket. However, Rosa Ramirez appeared for the debtor examination with counsel Jerry Lowe. Therefore, it does not appear that David Romley has continued to represent Plaintiff or that Plaintiff received notice of the pending motion. The Court shall continue the hearing on

1

Defendant's motion and will require Defendant to serve notice of the motion and a copy of this order on Rosa Ramirez.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on the motion to amend the judgment is CONTINUED from July 26, 2017, to **September 6, 2017, at 10:00 a.m**. in Courtroom 9;

2. Within **ten (10) days** of the date of service of this order, Defendant shall serve a copy of the motion to amend the judgment and this order on Rosa Ramirez;

3. Rosa Ramirez shall file an opposition or notice of nonopposition to Defendant's motion to amend the judgment within **ten (10)** days of being served with this order.

IT IS SO ORDERED.

Dated: __**July 16, 2017**__

UNITED STATES MAGISTRATE JUDGE