| | | EJ-001 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* | | |

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*

After recording, return to:
James N. Fincher, Merced County Counsel, SBN 196837
Roger S. Matzkind, Chief Civil Litigator, SBN 77331
2222 M Street, Rm. 309
Merced, CA 95340
TEL NO.: (209) 385-7564   FAX NO. *(optional):* (209) 726-1337
E-MAIL ADDRESS *(Optional):*
[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ United States District Court
STREET ADDRESS: 2500 Tulare Street
MAILING ADDRESS: 2500 Tulare Street
CITY AND ZIP CODE: Fresno, CA 95321
BRANCH NAME: Eastern District of Califonia, Fresno

PLAINTIFF: Rosa Patricia Irwin
DEFENDANT: Merced County

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**   [X] Amended

CASE NUMBER: 1:11-cv-00531 AWI SAB

FOR RECORDER'S USE ONLY
FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ⌈ Rosa Patricia Irwin
        1544 W. I Street
        Los Banos, CA  93635 ⌋

   b. Driver's license no. [last 4 digits] and state:              [X] Unknown
   c. Social security no. [last 4 digits]: 0648                    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Merced County
   2222 M Street
   Merced, CA  95340

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: June 20, 2018
Roger S. Matzkind
(TYPE OR PRINT NAME)                                       ▶ *(signature)*
                                                           (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $20,062.50 as to both debtors plus $6,286.91 as to Rosa Patricia Irwin, only
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 12/11/2012
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [X] A certified copy of the judgment is attached.

This abstract issued on *(date):*

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Rosa Ramirez | COURT CASE NO: |
|---|---|
| DEFENDANT: Merced County | 1:11-cv-00531 AWI SAB |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

David Romley
727 Crenshaw Blvd
Los Angeles, CA 90005-3625

Driver's license no. [last 4 digits] and state: ☒ Unknown
Social security no. [last 4 digits]: ☒ Unknown

Summons was personally served at or mailed to *(address)*:

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

ROSA PATRICIA RAMIREZ,

CASE NO: 1:11-CV-00531-AWI-DLB

v.

MERCED COUNTY,

---

XX -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/11/2012

Victoria C. Minor
Clerk of Court

ENTERED: December 11, 2012

by: /s/ A. Jessen
Deputy Clerk

I hereby attest and certify on 10-2-17 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
MARIANNE MATHERLY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROSA PATRICIA RAMIREZ,   SUPPLEMENTAL
                         JUDGMENT IN A CIVIL CASE

v.

                         CASE NO: 1:11-CV-00531-AWI-DLB

MERCED COUNTY,

---

XX -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

> THAT IN ACCORDANCE WITH THE COURT'S ORDER OF NOVEMBER 8, 2013, JUDGMENT ENTERED ON DECEMBER 11, 2012, WILL BE SUPPLEMENTED TO REFLECT THAT PLAINTIFF ROSA RAMIREZ AND HER ATTORNEY DAVID ROMLEY ARE JOINTLY AND SEVERALLY LIABLE FOR AND SHALL PAY TO MERCED COUNTY $20,062.50, WHICH IS THE TOTAL OF THE DECEMBER 5, 2012, AND THE SEPTEMBER 5, 2013, AWARDS FOR SANCTIONS AND FEES AND PLAINTIFF ROSA PATRICIA RAMIREZ IS PERSONALLY LIABLE FOR AND SHALL PAY MERCED COUNTY $6,286.91 IN COSTS PURSUANT TO DOCUMENT 44 DATED SEPTEMBER 6, 2013.

IT IS SO ORDERED.

Dated: December 20, 2013

SENIOR DISTRICT JUDGE

I hereby attest and certify on 10·2·17 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
MARIANNE MATHERLY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

ROSA PATRICIA IRWIN,

CASE NO: 1:11-CV-00531-AWI-SAB

V.

MERCED COUNTY,

_____

XX — **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/19/2017**

**Marianne Matherly**
Clerk of Court

ENTERED: **September 19, 2017**

by: /s/ S. Sant Agata
Deputy Clerk

I hereby attest and certify on 10-3-17 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
MARIANNE MATHERLY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy