Case 1:11-cv-00531-AWI-SAB   Document 66   Filed 12/01/22   Page 1 of 1

EJ-195

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*   TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|
| Forrest W. Hansen, Merced County Counsel, SBN 235432<br>Jenna M. Anderson, Chief Deputy County Counsel, SBN 291467<br>Mark T. Laluan, Deputy County Counsel, SBN 339479<br>2222 M Street<br>Merced, CA 95340<br><br>ATTORNEY FOR *(Name):* County of Merced | COPY ISSUED |
| NAME OF COURT: **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CA**<br>STREET ADDRESS: 2500 Tulare St.<br>MAILING ADDRESS: 2500 Tulare St.<br>CITY AND ZIP CODE: Fresno, CA 93721<br>BRANCH NAME: Fresno Division | |
| PLAINTIFF: Rosa Patricia Irwin,<br>DEFENDANT: Merced County | |
| **NOTICE OF RENEWAL OF JUDGMENT** | CASE NUMBER:<br>1:11-cv-00531-AWI-SAB |

TO JUDGMENT DEBTOR *(name):* Rosa Patricia Irwin (aka Rosa Patricia Ramirez) and David Romley

1. **This renewal extends** the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.
2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with this court.
3. You must make this motion within **30 days** after service of this notice on you.
4. A copy of the *Application for and Renewal of Judgment* is attached *(Cal. Rules of Court, rule 3.1900).*

Keith Holland, Clerk

Date: DEC 0 2 2022            Clerk, by _____, Deputy

[SEAL]

See CCP 683.160 for information on method of service

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
EJ-195 [Rev. January 1, 2007]

**NOTICE OF RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.160
www.courts.ca.gov

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>Forrest W. Hansen, Merced County Counsel, SBN 235432<br>Jenna M. Anderson, Chief Deputy County Counsel, SBN 291467<br>Mark T. Laluan, Deputy County Counsel, SBN 339479<br>2222 M Street<br>Merced, CA  95340<br>TEL NO.: 209-385-7564       FAX NO. (optional): 209-726-1337<br>E-MAIL ADDRESS *(Optional):* Jenna.Anderson@countyofmerced.com<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** United States District Court<br>STREET ADDRESS: 2500 Tulare St.<br>MAILING ADDRESS: 2500 Tulare St.<br>CITY AND ZIP CODE: Fresno, CA  93721<br>BRANCH NAME: Eastern District of California, Fresno Division | FOR RECORDER'S USE ONLY |
| PLAINTIFF: Rosa Patricia Irwin aka Rosa Patricia Ramirez<br>DEFENDANT: Merced County | CASE NUMBER:<br>1:11-cv-00531-AWI-SAB |
| **APPLICATION FOR AND RENEWAL OF JUDGMENT** | FOR COURT USE ONLY |

[X] Judgment creditor
[ ] Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address):*
   County of Merced
   2222 M Street, Merced, CA  95340

2. Judgment debtor *(name and last known address):*
   Rosa Patricia Irwin (aka Rosa Patricia Ramirez), 1544 W I Street, Los Banos, CA  93635;  David Romley, 727 Crenshaw Blvd, Los Angeles, CA 90005

3. Original judgment
   a. Case number *(specify):*  1:11-cv-00531-AWI-DLB
   b. Entered on *(date):*  12/11/2012 (A supplemental judgment was issued 12/23/2013 and 09/19/2017.)
   c. Recorded:
      (1) Date:  03/19/2014 and 06/28/2018   / 03/25/014   / 03/20/2014
      (2) County: Merced     / Los Angeles  / Stanislaus
      (3) Instrument No.:  2014-008064 and 2018019671 / 20140299102 / 2014-0017013-00

4. [ ] Judgment previously renewed *(specify each case number and date):*

5. [X] Renewal of money judgment
   a. Total judgment . . . . . . . . . . . . . . . . . . . . . . .  $  See Attachment 5
   b. Costs after judgment . . . . . . . . . . . . . . . . . . $
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . . $ _____
   d. Credits after judgment . . . . . . . . . . . . . . . . . $
   e. Subtotal *(subtract d from c)* . . . . . . . . . . . . $ _____
   f. Interest after judgment . . . . . . . . . . . . . . . . . $
   g. Fee for filing renewal application . . . . . . . . . $
   h. Total renewed judgment *(add e, f, and g)*  $ _____
   i. [X] The amounts called for in items a–h are different for each debtor.
         These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

| SHORT TITLE: Irwin v. Merced County | CASE NUMBER: 1:11-cv-00531-AWI-SAB |
|---|---|

6. ☐ Renewal of judgment for ☐ possession.
☐ sale.

a. ☐ If judgment was not previously renewed, terms of judgment as entered:

b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

c. ☐ Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 1, 2022

Jenna M. Anderson
(TYPE OR PRINT NAME)

▶ *Jenna Anderson*
(SIGNATURE OF DECLARANT)

Attachment 5 (as of December 1, 2022)

Original Judgment

THAT IN ACCORDANCE WITH THE COURT'S ORDER OF NOVEMBER 8, 2013, JUDGMENT ENTERED ON DECEMBER 11, 2012, WILL BE SUPPLEMENTED TO REFLECT THAT PLAINTIFF ROSA RAMIREZ AND HER ATTORNEY DAVID ROMLEY ARE JOINTLY AND SEVERALLY LIABLE FOR AND SHALL PAY TO MERCED COUNTY $20,062.50, WHICH IS THE TOTAL OF THE DECEMBER 5, 2012, AND THE SEPTEMBER 5, 2013, AWARDS FOR SANCTIONS AND FEES AND PLAINTIFF ROSA PATRICIA RAMIREZ IS PERSONALLY LIABLE FOR AND SHALL PAY MERCED COUNTY $6,286.91 IN COSTS PURSUANT TO DOCUMENT 44 DATED SEPTEMBER 6, 2013.

Renewal Against Plaintiff Rosa Patricia Irwin, aka Rosa Patricia Ramirez, and her attorney David Romley, jointly and severally:

a. Total Judgment:                              $20,062.50
b. Costs After Judgment:                        0
c. Subtotal (add a and b):                      $20,062.50
d. Credits after Judgment:                      0
e. Subtotal (subtract d from c)                 $20,062.50
f. Interest after Judgment:                     $359.23
g. Fee for filing renewal application:          0
h. Total renewed judgment (add e, f and g):     $20,421.73

Renewal against Plaintiff Rosa Patricia Irwin, aka Rosa Patricia Ramirez

a. Total Judgment:                              $6,286.91
b. Costs After Judgment:                        0
c. Subtotal (add a and b):                      $6,286.91
d. Credits after Judgment:                      0
e. Subtotal (subtract d from c)                 $6,286.91
f. Interest after Judgment:                     $112.58
g. Fee for filing renewal application:          0
h. Total renewed judgment (add e, f and g):     $6,399.49